USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW T. WEBER,

    Plaintiff,

v.

GIMH HOLDINGS, LLC, *et al.*,

    Defendants.

No. 19-CV-7559 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 19, 2019, Defendants GIMH Holdings, LLC; Grander Investment Management, LLC; MSRH Holdings, LLC; Grander Mortgage Fund 1 GP, LLC; Grander Mortgage Opportunities Fund I, L.P.; Grander Holdings, LLC; GMSH, LLC; Grander Mortgage Capital, LLC; Curtis L. Whitaker II; and Robert J. Williams Jr. filed a motion to dismiss Plaintiff's Complaint. Pursuant to Local Civil Rule 6.1, Plaintiff's response to Defendant's motion was due by January 2, 2020. The Court has not received a response from Plaintiff. No later than January 23, 2020, Plaintiff shall file either a response to Defendants' motion or a letter indicating that he does not intend to file a response. If Plaintiff informs the Court that he intends to pursue this action but chooses not to oppose Defendants' motion, then the Court will deem the motion fully briefed and take it under submission. *See McCall v. Pataki*, 232 F.3d 321, 322–23 (2d Cir. 2000) ("[A]lthough a party is of course to be given a reasonable opportunity to respond to an opponent's motion, the sufficiency of a complaint is a matter of law that the court is capable of determining based on its own reading of the pleading and knowledge of the law.").

If, however, Plaintiff does not respond to this Order, either by responding to the motion to dismiss or by submitting a letter indicating that he does not intend to do so, then the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 9, 2020
New York, New York

_____
Ronnie Abrams
United States District Judge